**ORBIT IRRIGATION PRODUCTS, INC., Plaintiff/Counterclaim Defendant–Appellee,**

and

**K.C. Ericksen, Counterclaim Defendant–Appellee,**

v.

**YUAN MEI CORPORATION and Amagine Garden, Inc., Defendants/Counterclaimants–Appellants,**

and

**Aqua Star Industries, Inc. and Gary Wang, Defendants–Appellants,**

and

**African Dance Society, Aureole International Co., Ltd., Yuan Mei Group, Yuan Mei Industries, Inc., Paragon Sprinklers, MTC Ltd., Yuan Mei Co. Ltd. Republic of China, and CWI, Defendants,**

v.

**Chewink Corp. and S T Pong, Counterclaim Defendants–Appellees,**

and

**Shin Tai Spurt Water of the Garden Tools, Counterclaim Defendant–Appellee.**

No. 2007–1084.

United States Court of Appeals, Federal Circuit.

Jan. 24, 2007.

*ORDER*

Yuan Mei Corporation et al., Aqua Star Industries, Inc. et al., Orbit Irrigation Products, Inc., and K.C. Ericksen move without opposition to dismiss this appeal of the November 1, 2006 judgment of the United States District Court for the District of Utah in *Orbit Irrigation Prods., Inc. v. Yuan Mei Corp.*, No. 01–CV–0051.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs.

**RALPH GONNOCCI REVOCABLE LIVING TRUST, Plaintiff–Appellee,**

and

**Ralph Gonnocci, Plaintiff,**

v.

**THREE M TOOL AND MACHINE, INCORPORATED, Ultra Grip International, Incorporated, Three M Holding Company, Incorporated, Ultra Grip North, and Michael A. Medwid, Defendants–Appellants.**

No. 2007–1067.

United States Court of Appeals, Federal Circuit.

Jan. 24, 2007.

**ORDER**

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).